# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0114
LT Case No. 60-2022-DR-537

_____

DIANA FIS,

    Appellant,

    v.

GLEN A. HOLMAN,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Michelle T. Morley, Judge.

Edward E. Emrick, IV and Clayton M. Emrick, of Emrick Family
Law Firm, Clermont, for Appellant.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando,
for Appellee.

February 24, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____